**Order entered November 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01617-CR

### OMAR SHARIE VAUGHN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F06-64778-Y**

## ORDER

Before the Court is appellant's June 17, 2013 objection to supplemental clerk's record.

We **OVERRULE** the objection.

/s/    JIM MOSELEY
         JUSTICE